IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA


DEBTOR(S)' CHANGE OF ADDRESS


CASE NUMBER: **4:10-bk-38780-JMM**               CHAPTER: 13

DEBTOR NAME(S): **David Avery**

**Melissa Avery**


DEBTOR(S)'S NEW ADDRESS: **2156 Knowlton St.**

**Sierra Vista, AZ 85635**


DATED: August 31, 2012



**DANIEL J. RYLANDER, P.C.**
Attorneys for Debtors
4340 North Campbell, Suite 266
Tucson, Arizona  85718
(520) 299-4922